**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WALTER PICKETT, individually, and on behalf of others similarly situated, | |
| Plaintiff, | No. 17 Civ. 1013 |
| v. | Hon. Matthew F. Kennelly |
| SIMOS INSOURCING SOLUTIONS, CORP., a Georgia corporation, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND CERTIFICATION OF SETTLEMENT CLASSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Certification of Settlement Classes, and Class Counsel's supporting declarations and exhibits, Plaintiff respectfully requests that the Court enter an Order:

(1) Certifying the Settlement Classes;

(2) Approving as fair and adequate the class-wide settlement of this action as set forth in the Joint Stipulation of Class Action Settlement and the Second Addendum to the Settlement Agreement; and

(3) Incorporating the terms of the Joint Stipulation of Class Action Settlement and the Second Addendum to the Settlement Agreement.

Pursuant to the Court's Case Procedure Rules, Plaintiff will provide the Court with a proposed order after the Motion is presented in open court.

Dated: July 18, 2017
      New York, New York

Respectfully submitted,

*/s/ Ossai Miazad*
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Christopher M. McNerney
685 Third Ave, 25th Floor
New York, New York 10017
Tel.: (212) 245-1000

Paul W. Mollica
161 North Clark Street
Suite 1600
Chicago, Illinois 60601
Telephone: (312) 809-7010
Facsimile: (312) 809-7911

***Attorneys for Plaintiff and the Putative Settlement Classes***

**CERTIFICATION OF SERVICE**

  I hereby certify that on **July 18, 2017**, a copy of the foregoing document was filed electronically and service made by certified mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

              */s/ Ossai Miazad*
               Ossai Miazad