## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Walter Pickett

                      Plaintiff,

v.                                                Case No.: 1:17−cv−01013
                                                Honorable Matthew F. Kennelly

Simos Insourcing Solutions, Corp

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Fairness hearing and motion hearing held on 8/7/2017. Motion for settlement [26] and motion for attorney fees [29] are granted. Draft orders to be submitted to Judge Kennelly's proposed order email address. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.